IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joseph Allison, | ) | No. CV-10-0293-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Regent Asset Management Solutions, Inc., | ) | |
| Defendant. | ) | |

The Court has received Plaintiff's Voluntary Dismissal With Prejudice. (docket # 16)   Plaintiff  consented to magistrate-judge jurisdiction on February 22, 2010. (docket #5).

**IT IS ORDERED** dismissing Plaintiff's case in its entirety with prejudice.

**IT IS FURTHER ORDERED vacating** the Default Damages evidentiary hearing set before the undersigned on June 30, 2010 at 3:00 p.m.

DATED this 28th day of June, 2010.

Lawrence O. Anderson
United States Magistrate Judge